**Opinion issued June 8, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00887-CV

———————————

**JAMES J. LUDWICK, Appellant**

**V.**

**HANH-THI BICH NGUYEN, Appellee**

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-282033**

---

## MEMORANDUM OPINION

Appellant, James J. Ludwick, has neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T

CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellant failed to respond to our notice of March 6, 2023, concerning the failure to pay for the clerk's record. In that notice, the Court advised appellant that failure to pay the fee for the clerk's record could result in dismissal of this appeal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.